MALAPERO, PRISCO, KLAUBER & LICATA LLP
12 N State Route 17, Suite 209
Paramus, New Jersey 07652
(201) 820-3488
Attorney for Defendants,
*J. Fletcher Creamer & Son, Inc., Kevin A. Dawson and Api Group, Inc., i/p/a "Api Group, Inc., individually and d/b/a J. Fletcher Creamer & Son, Inc."*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LESLIE MALDONADO,<br><br>        Plaintiff,<br><br>v.<br><br>SHKLJKIM ISMAILI, BERGEN CONCRETE CUTTING, INC., BERGEN CONCRETE CORING, INC., KEVIN A. DAWSON, J. FLETCHER CREAMER & SON, INC., API GROUP, INC., individually and d/b/a J. FLETCHER CREAMER & SON, INC., A & M CONTRACTORS, INC., individually and d/b/a J. FLETCHER CREAMER & SON, INC.,<br><br>        Defendants. | Civil Action No.:<br>2:19-cv-12297-SRC-CLW<br><br>**STIPULATION OF DISMISSAL** |

  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel of record for the parties to this action, that any and all of Plaintiff's claims against Defendant, *A & M Contractors, Inc., individually and d/b/a J. Fletcher Creamer & Son, Inc.*, shall be and hereby are dismissed with prejudice without costs, fees or disbursements in favor of any party.

  IT IS HEREBY FURTHER STIPULATED AND AGREED that a fax copy of this stipulation may be filed as an original as well as the Stipulation of Dismissal being signed in counterparts.

| | |
|---|---|
| Drake, Hileman & Davis, P.C.<br>252 W. Swamp Road, Suite 15<br>Doylestown, PA 18901<br>Attorneys for Plaintiff | Malapero, Prisco, Klauber & Licata LLP<br>12 North Route 17, Suite 209<br>Paramus, New Jersey 07652<br>Attorneys for Defendants, |

J. Fletcher Creamer & Son, Inc., Kevin A. Dawson and Api Group, Inc., i/p/a "Api Group, Inc., individually and d/b/a J. Fletcher Creamer & Son, Inc."

By: _____
Jeremy D. Puglia, Esq.

By: _____
Melanie Rowan Quinn, Esq.

Dated: 8/30/19