R. Leonard Davis, III
Jonathan J. Russell *
Thomas A. Blackburn
Jeremy D. Puglia *

Of Counsel
Jeffrey A. Drake
Peter M. Hileman ◊

◊ Board Certified Civil Trial Attorney
* Also Member of New Jersey Bar



**DRAKE, HILEMAN & DAVIS**

SUITE 15 BAILIWICK OFFICE CAMPUS
P.O. BOX 1306
DOYLESTOWN, PENNSYLVANIA 18901-1306
(215) 348-2088
FAX: (215) 348-7069
dhd@dhdlaw.com

609 West Hamilton Street, Suite 15
Allentown, Pennsylvania 18101
(610) 433-3910

1 West Broad Street, 11th Floor
Bethlehem, Pennsylvania 18018
(610) 882-1717

400 Northampton Street
Easton, Pennsylvania 18042
(610) 258-9493

1286 North Ninth Street
Stroudsburg, Pennsylvania 18360
(570) 421-8119

May 5, 2020

10233-1

Judge Cathy L. Waldor

    Re:    **Maldonado v. Bergen Concrete Cutting, et al.**
            **Case Number: 2:19-cv12297-SRC-CLW**

Dear Judge Waldor:

Please be advised that this matter, currently scheduled for a Telephone Conference on Wednesday, May 6, 2020 at 2:00 P.M, has settled. Accordingly, I would request that this matter be removed from the Conference list.

A Praecipe to Settle, Discontinue and End will be filed shortly.

Should you have any questions, please do not hesitate to contact me.

                          Very truly yours,

                          DRAKE, HILEMAN & DAVIS

                          Jeremy D. Puglia

JDP/kaq
cc: Joseph E. Kelley, Esq via email @ *Joseph.Kelley@selective.com*
    Melanie Rowan Quinn, Esq via email @ *mquinn@malaperoprisco.com*